# United States Court of Appeals for the Sixth Circuit
### 540 Potter Stewart U.S. Courthouse Building
### 100 East Fifth Street
### Cincinnati, Ohio 45202-3988

**Leonard Green**                                                                                                          **Ken Loomis**
    Clerk                                                                                                                      **(513) 564-7067**

October 20, 2010

Brenda Popplewell, Esq.
Law Office
307 W. Mount Vernon Street
Somerset, Kentucky 42501

Re:    10-3860
       *USA v. Wesson*
       District Court No.:   10-00031

Dear Ms. Popplewell:

Thank you for accepting the court's appointment to represent the appellant in the above-styled case; the court appreciates your undertaking to provide the representation afforded by the Criminal Justice Act, 18 U.S.C. § 3006A, et seq. This appeal is taken from a judgment entered by United States District Court Judge Christopher A. Boyko of the Northern District of Ohio at Cleveland. Attorney Robert L. Mues of Dayton, Ohio, has been granted leave to withdraw from further representation and your appointment to succeed prior counsel is made pursuant to the terms of the Act..

A briefing schedule will not be issued until you have had time to review the transcripts. **Robert L. Mues is directed to send the transcripts to your office.** To that end I have enclosed a copy of the listing of district court docket entries. Please examine the list, determine which if any proceedings are yet to be transcribed and use the Form 6CA-30 to place your order with the appropriate court reporter(s). The court reporter(s) who reported the various parts of the proceedings were: **Judith Gage**, Court Reporting Department, 801 West Superior Avenue, Cleveland, Ohio, 44114, telephone (216) 357-7238, **Shirle Perkins**, Court Reporting Department, 801 West Superior Avenue, Cleveland, Ohio, telephone (216) 241-5622 and **George Staiduhar**, Court Reporting Department, 801 West Superior Avenue, Cleveland, Ohio, 44114, telephone (216) 575-1727. The cost of producing the transcript will be borne by the government under the Criminal Justice Act. If you have any problems involving the transcript, please contact Karen Fultz at (513) 564-7042.

The appearance form and the transcript order forms are to be electronically filed within 14 days from the date of this letter. These forms may be downloaded from the court's website which is: **www.ca6.uscourts.gov**. Any questions you may have concerning the progress of the appeal may be addressed to this office to the attention of Nancy Barnes, Senior Case Manager, at (513) 564-7022.

**Some final cautionary notes are in order.** First, please note that compensation for associates will not

be approved unless prior authorization is obtained for the use of the associate(s), and that excess compensation will not be approved for work performed by associate, even if prior authorization has been obtained, unless the extent and complexity of the case clearly warrants such compensation.

Second, there are companies which claim expertise in federal criminal and post-conviction law and which aggressively market their services directly to inmates. Their marketing materials promise litigants that they may hire these companies, using private funds, to assist court-appointed counsel in developing their appellate strategy and preparing motions and briefs for the court of appeals. **THESE REPRESENTATIONS ARE MISLEADING AND CAN RAISE SERIOUS ISSUES FOR COURTAPPOINTED COUNSEL AS WELL AS FOR THE LITIGANT.** If a litigant has private funds available, whether from family or otherwise, to hire a research company, his or her entitlement to the services of counsel or the provision of transcript at government expense is placed in jeopardy. If appointed counsel assists a client in misrepresenting indigency to the court, or knowingly allows such a misrepresentation to occur, he or she is likely to have violated one or more provisions of the Code of Professional Responsibility. If you should become aware that your client has financial resources not previously disclosed to the court, you should contact the Clerk or Chief Deputy Clerk immediately for guidance.

Very truly yours,



Ken Loomis
Administrative Deputy

Enclosures

cc:
    Hersie L. Wesson
    U.S.M. No:    32580-160
    State ID No.:   A 590661
    Richland Correctional Institution
    1001 Olivesburg Road
    P.O. Box 8107
    Mansfield, Ohio    44901

    Daniel R. Hurley, Esq.
    c/o F.B.I.
    P.O. Box 7755
    Ann Arbor, Michigan  48107

    Clerk, U.S. District Court

    Robert L. Mues                    Telephone:    937-293-2141
                                            E-Mail:        mues@hcmmlaw.com